UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALFRED SANTIAGO,

        Plaintiff,

-vs-                                          Case No. 6:07-cv-57-Orl-28JGG

WALPOLE, INC., EDWIN E. WALPOLE, III,

        Defendants.
_____

## ORDER

This case is before the Court on the Renewed Joint Motion for Approval of Joint Stipulation and Settlement Agreement (Doc. No. 57) filed July 8, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 17, 2008 (Doc. No. 65) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion for Approval of Joint Stipulation and Settlement Agreement (Doc. No. 57) is **DENIED**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_4\_\_\_ day of November, 2008.

                                                JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party